IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEBULAE, INC., et al.,

                Plaintiff(s),

v.

BRIAN TAYLOR, et al.,

                Defendant(s).

Civil No. 03:20-cv-00946-JR

**ORDER**

Based on the record,

IT IS ORDERED that Plaintiffs' Unopposed Motion to Dismiss Action without Prejudice [24] is GRANTED and that all claims asserted in this suit by Plaintiffs Nebulae, Inc. and Claudia Ochoa against Defendants Brian Taylor and Ngu Nguyen are hereby DISMISSED without prejudice and with each party to bear its own costs, expenses and attorneys' fees. Pending motions, if any, are DENIED AS MOOT.

Dated this 29 day of October, 2020.

by _____
Jolie A. Russo
United States Magistrate Judge